**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

James Harris, Appellant.

Appellate Case No. 2012-207968

Appeal From Beaufort County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2014-UP-362
Heard September 9, 2014 – Filed October 15, 2014

**AFFIRMED**

Appellate Defender Carmen Vaughn Ganjehsani, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, and Assistant Attorney General Christina Catoe Bigelow, both of Columbia; and Solicitor Isaac McDuffie Stone, III, of Bluffton for Respondent.

**PER CURIAM:** James Harris appeals his conviction for unlawful carrying of a pistol and appeals the sentence for his conviction for failing to stop for a blue light.

We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Brandt*, 393 S.C. 526, 542, 713 S.E.2d 591, 599 (2011) (stating a directed verdict is properly denied when there is any evidence, direct or substantial circumstantial, that reasonably tends to prove the defendant's guilt); *id.* (providing when reviewing a denial of a directed verdict, "an appellate court views the evidence and all reasonable inferences in the light most favorable to the State"); *State v. Cherry*, 361 S.C. 588, 594, 606 S.E.2d 475, 478 (2004) (indicating a trial court should not refuse to direct a verdict "when the evidence merely raises a suspicion that the accused is guilty," but "a trial judge is not required to find that the evidence infers guilt to the exclusion of any other reasonable hypothesis") (citations omitted); *State v. Zulfer*, 345 S.C. 258, 262-63, 547 S.E.2d 885, 887 (Ct. App. 2001) (holding when the plain language of a statute provides for the enhancement of the offense based on a prior conviction and the language does not limit the prior conviction to one in South Carolina, consideration of the out-of-state conviction is appropriate).

**AFFIRMED.**

**HUFF, SHORT, and KONDUROS, JJ., concur.**